STATE OF NEW JERSEY v. HUMPHREY GORDON.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ANDRES PENAPAVON.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN T. BAKER.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY, DEPARTMENT OF
ENVIRONMENTAL PROTECTION v. HIGH
POINT SANITATION COMPANY, ET AL.

April 26, 1988.

Petition for certification granted.